UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **RANDY LEHOUX,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**PRATT & WHITNEY,** )<br>)<br>Defendant )<br>) | Civil No. 05-210-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 10, 2006, her Recommended Decision (Docket No. 16). Plaintiff filed his Objection to the Recommended Decision (Docket No. 17) on February 17, 2006. Defendant filed its Response to Objection (Docket No. 20) on March 8, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision (Docket No. 16) of the Magistrate Judge is hereby AFFIRMED.

2. As the Complaint in this matter was filed outside the applicable statute of limitation, Defendant's Motion to Dismiss (Docket No. 9) is GRANTED. Plaintiff's Request for Oral Argument (Docket No. 18) is DENIED.

    /s/ George Z. Singal
    Chief U.S. District Judge

Dated this 9th day of March, 2006

Case 2:05-cv-00210-GZS   Document 21   Filed 03/09/06   Page 2 of 2    PageID #: 125